# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE LEIGH WELSCH,** | ) |
| PLAINTIFF, | ) |
| VS. | )     2:10-cv-3527-JHH |
| **GE MONEY BANK,** | ) |
| DEFENDANT. | ) |

## ORDER OF DISMISSAL

The parties have made known to the court that they have now resolved all the issues embraced in this action by the filing on August 4, 2011 of a joint motion for voluntary dismissal (doc #10).[1]  This order is entered to implement such resolution.  Accordingly, the joint motion for dismissal is **GRANTED,** and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice.  Each party to bear its own costs.

**DONE** this the   4th   day of August, 2011.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court dismissed the other defendant in this action by similar motion (doc. #6) and order (doc. #7) leaving GE Money Bank as the only remaining defendant in this action at this time..